UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 15-20151-CR-MARTINEZ/GOODMAN**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCKLIN PIERRE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
## ON COUNSEL'S CJA VOUCHER REQUEST FOR ATTORNEY'S FEES AND COSTS

**THIS CAUSE** came before the Court upon the Report and Recommendations on Counsel's CJA Voucher Request for Attorney's Fees and Costs pursuant to the Criminal Justice Act 18 U.S.C. § 3006A on Voucher 113C 0062459 issued by United States Magistrate Judge Jonathan Goodman, on November 16, 2017 [ECF No. 221]. Magistrate Judge Goodman, recommends that this Court, approve the voucher request and that Counsel Marc D. Seitles be paid a total sum of **$17,556.13.** The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed.

Accordingly, the Court has considered the Report and Recommendations, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendations [ECF No. 221], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of November, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
Marc D. Seitles, P.A.
CJA Administrator